# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dacia Pryor, | No. CV-15-02035-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| TransUnion LLC, et al., | |
| Defendants. | |

    Pursuant to the Parties' stipulations of dismissal with prejudice (Docs. 43, 44), and good cause appearing,

    **IT IS ORDERED** this action is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

    Dated this 2nd day of August, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge